UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-23253-UU

URIEL ELIZALDE,

    Plaintiff,

v.

LA REAL FOOD, INC.,
*et al.*,

    Defendants.
_____/

## ADMINISTRATIVE ORDER

    THIS CAUSE is before the Court *sua sponte*.

    THE COURT has reviewed the record and is otherwise fully advised in the premises. On August 29, 2016, Plaintiff filed a Notice of Voluntary Dismissal With Prejudice, which was self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). D.E. 9. Accordingly, it is hereby

    ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED. It is further

    ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this _29th_ day of August, 2016.

                                                           _____
                                                           URSULA UNGARO
                                                           UNITED STATES DISTRICT JUDGE

copies provided: counsel of record